Cecelia Thomas, administratrix of the estate of Samuel F. Thomas, deceased, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant.    Gen. No. 31,538.

Action under Federal Employers' Liability Act for causing death of plaintiff's intestate.    Judgment for plaintiff.    Appeal from the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed.    Opinion filed October 10, 1927. Rehearing denied October 24, 1927.

J. A. Connell, for appellant; Bruce Scott, of counsel.    Joseph D. Ryan, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Katie G. Sack and Bernard Sack, trading as Sack Realty Company, defendants in error, v. Joseph D. Stern, plaintiff in error.    Gen. No. 31,604.

Action to recover realty broker's commission.    Judgment for plaintiff.    Error to the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding.    Heard in the first division of this court for the first district at the March term, 1927.    Affirmed.    Opinion filed October 10, 1927.    Rehearing denied October 24, 1927.

Harris B. Gaines and W. Chester Kitchen, for plaintiff in error. Fischel, Kahn, Heart & Epstein, for defendants in error; Bernard M. Epstein, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Karoline Seidel et al., defendants in error, v. Margaret Holcomb et al., plaintiffs in error.    Gen. No. 31,659.

Bill to foreclose trust deed.    Decree for complainants.    Error to the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding.    Heard in the first division of this court for the first district at the March term, 1927.    Writ dismissed.    Opinion filed October 10, 1927.

Joseph E. Winterbotham, for plaintiffs in error.    Harold A. Fein, for defendants in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Domenico Albergo, also known as Dominick Albergo, appellee, v. Cairoli Gigliotti, appellant.    Gen. No. 31,737.

Action to recover amount paid on attorney's retainer contract. Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding.    Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded.    Opinion filed October 10, 1927.

Cairoli Gigliotti, pro se, for appellant; Guy Carpenter, of counsel. Townley, Wild, Campbell & Clark, for appellee; Charles V. Clark and Allin H. Pierce, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.